■ Salvatore W. Page, Appellant, v Lorraine A. Page, Respondent. (Appeal No. 1.) [817 NYS2d 552]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered November 23, 2004. The order denied plaintiff's motion for leave to renew and rehear.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Gorski, J.P., Green, Pine and Hayes, JJ.